**Opinion issued December 1, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-20-00634-CV

_____

**PHYLLIS BERTRAND AND JERRI RAMBIN, Appellants**

**V.**

**RICHARD SISNEY AND JESSICA SISNEY, Appellees**

On Appeal from the 125th District Court
Harris County, Texas
Trial Court Case No. 2019-24450

## MEMORANDUM OPINION

Appellants, Phyllis Bertrand and Jerri Ramblin, have filed a motion to dismiss their appeal, representing that they have reached a settlement agreement resolving their underlying dispute with appellees, Richard Sisney and Jessica Sisney (collectively, "appellees"). The motion contains a certificate of conference

stating that counsel who was "poised" to appear for appellees is unopposed to the motion. *See* TEX. R. APP. P. 10.1(a)(5). In addition, the motion has been on file with the Court for more than ten days and appellees have not responded or otherwise expressed opposition to the motion. *See* TEX. R. APP. P. 10.3(a)(2). No cross appeal has been filed and no opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justice Keyes, Hightower, and Countiss.